## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NEHEMIAH MANUFACTURING COMPANY LLC, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Case No. 23-cv-1466 (ZNQ) (TJB) |
| v. | ) ) | |
| BH SUPER DEALS INC. and JADE TRADING CORP., | ) ) ) | **JOINT MOTION FOR DISCOVERY CONFIDENTIALITY AND CONSENT PROTECTIVE ORDER** |
| Defendants. | ) ) ) ) ) | |

Plaintiff and Counterclaim-Defendant Nehemiah Manufacturing Company LLC ("Plaintiff") and Defendants BH Super Deals Inc. and Jade Trading Corporation ("Defendants") hereby jointly move for the entry of a Discovery Confidentiality and Consent Protective Order ("Order") in this litigation. The Order is necessary to facilitate the production of confidential documents and to ensure protection, under reasonable conditions, of confidential information. The Parties have stipulated to the entry of the Order attached as Exhibit A and submit it to this Court for the Court's consideration.

Respectfully submitted,

*/s/ Paul M. Bishop*
Paul M. Bishop
MASON, GRIFFIN & PIERSON, P.C.
101 Poor Farm Road
Princeton, New Jersey 08540
(609) 921-6543

Aaron M. Bernay (pro hac vice)
Ariel M. Fox (pro hac vice)
Bradford L. Higdon (pro hac vice)

*/s/ Rachel Kaylie*
Rachel Kaylie, Esq.
Law Offices of Rachel L. Kaylie, P.C.
1702 Avenue Z. Ste. 205
Brooklyn, NY 11235
Rachel@Kaylielaw.com

Roman Leonov, Esq. (*pro hac vice*)
Lust & Leonov, P.C.
442 Fifth Avenue, Suite 1715

FROST BROWN TODD LLP
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Phone: (513) 651-6800
Fax: (513) 651-6981
abernay@fbtlaw.com
afox@fbtlaw.com
bhigdon@fbtlaw.com

*Attorneys for Plaintiff Nehemiah
Manufacturing Company LLC*

New York, NY 10018
rleonov@valelawgroup.com

*Attorneys for Defendants BH Super Deals
Inc. and Jade Trading Corporation*

0128842.0767542   4856-5191-3837v1